# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                       CASE NO.  3:07cr13LAC

M ICHAEL BONNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____ April 30, 2007 _____

Motion/Pleadings___ MOTION TO AMEND JUDGMENT _____

Filed by_ GOVERNMENT _____ on _ 4/30/07 _____ Doc.# __9_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

X____ Unopposed    _____ Consented

                            WILLIAM M. McCOOL, CLERK OF COURT

_____          *s/Mary Maloy* _____

LC (1 OR 2)           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of May, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

_____

_____

                            s/*L. A. Collier*
                          _____
                            ***LACEY A. COLLIER***
              ***Senior United States District Judge***

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____